1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PIAZZA,

            Plaintiff,

    v.

,

            Defendant.

Case No.  20-cv-08240-PJH

**ORDER OF DISMISSAL**

      Plaintiff, a state prisoner proceeding pro se, sent a letter to the court regarding fraud.  In an effort to protect his rights, the letter was opened as a new case.  Plaintiff now states that he did not intend to open a new case and requests that the action be dismissed.  Pursuant to plaintiff's notice of voluntary dismissal (Docket No. 4) under Rule 41(a) of the Federal Rules of Civil Procedure, this case is **DISMISSED** without prejudice.

      **IT IS SO ORDERED.**

Dated: January 20, 2021

                               */s/ Phyllis J. Hamilton*
                               PHYLLIS J. HAMILTON
                               United States District Judge